A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

William Lowe

Plaintiff(s) ) **APPEARANCE**

vs. ) CASE NUMBER 1:06-mc-00355-JDB MDL-1772

NASD and EDS Corporation

Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of Jonathan W. Cuneo as counsel in this
(Attorney's Name)

case for: William Lowe (Plaintiff)
(Name of party or parties)

April 26, 2007
Date

939389
BAR IDENTIFICATION

[signature]
Signature

Jonathan W. Cuneo
Print Name

507 C Street, NE
Address

Washington, DC 20002
City State Zip Code

202/789-3960 jonc@cuneolaw.com
Phone Number